# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00165-CR

**Ricky Robert Currie, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. 2011344, HONORABLE JON N. WISSER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Ricky Robert Currie was placed on community supervision after pleading guilty to burglary of a habitation. *See* Tex. Pen. Code Ann. § 30.02 (West 2003). At a hearing on the State's motion to revoke, appellant pleaded true to the alleged violations. The district court revoked supervision and imposed a five-year prison sentence.

Appellant represents himself on this appeal and does not claim to be indigent. Appellant did not respond to this Court's notices and did not file a brief, even after he was notified of the date of submission and told that he could file a brief at any time before that date. *See* Tex. R. App. P. 38.8(b)(4) (consideration of appeal without briefs). We have examined the record and find no fundamental error or other matter that should be considered in the interest of justice.

The order revoking community supervision is affirmed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Affirmed

Filed:   February 12, 2004

Do Not Publish